LODGED
CLERK, U.S. DISTRICT COURT
05/27/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
May 27, 2026
CENTRAL DISTRICT OF CALIFORNIA
BY: iv DEPUTY

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
JENA A. MACCABE (Cal. Bar No. 316637)
Assistant United States Attorney
Deputy Chief, Major Crimes Section
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-5046
Facsimile: (213) 894-0141
E-mail: jena.maccabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANGEL ALVAREZ,<br>aka "Diablo,"<br><br>Defendant. | No. 2:26-mj-03156-DUTY<br><br><u>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING COMPLAINT AND RELATED DOCUMENTS; DECLARATION OF JENA A. MACCABE</u><br><br>**(UNDER SEAL)** |

The government hereby applies <u>ex parte</u> for an order that the complaint and any related documents in this case (except the arrest warrants for the charged defendants(s)) be kept under seal until (1) the government files a "Report Commencing Criminal Action" in this matter, or (2) the U.S. Attorney's Office notifies the Clerk that the case may be unsealed.

//

//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of AUSA Jena A. MacCabe.

Dated: May 27, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney & Chief, Criminal Division

/s/
JENA A. MACCABE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF JENA A. MACCABE**

I, Jena A. MacCabe, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. MICHAEL ANGEL ALVAREZ, the complaint for which is being presented to a Magistrate Judge for the Central District of California on May 27, 2026.

2. The defendant charged in this case has not been taken into custody on the charge contained in the complaint and has not been informed that he is named as a defendant in the complaint. The likelihood of apprehending the defendant might be jeopardized if the complaint in this case were made publicly available before the defendant is taken into custody on the complaint.

3. Accordingly, the government requests that the complaint and accompanying documents in this case (except the arrest warrants) be sealed and remain so until the defendant is taken into custody on the charges contained in the complaint and the government files a "Report Commencing Criminal Action" in this matter, or until such time as the U.S. Attorney's Office notifies the Clerk that the case may be unsealed.

//

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 27, 2026.

JENA A. MACCABE