NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
JENA A. MACCABE (Cal. Bar No. 316637)
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-5046

FILED
CLERK, U.S. DISTRICT COURT
6/4/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KM DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

PLAINTIFF

v.

MICHAEL ANGEL ALVAREZ,
aka "Diablo,"

DEFENDANT.

CASE NUMBER

2:26-mj-03156-DUTY

**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING**

Application is made by ☑ plaintiff ☐ defendant UNITED STATES OF AMERICA
that a hearing be held to review /reconsider the decision of

☐ United States District Judge ____________ by order dated: ____________
or
☑ Magistrate Judge Pedro V. Castillo by order dated: June 3, 2026

☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☑ ordering release upon certain conditions, or
☑ denying detention.

☐ A hearing is being sought before Magistrate Judge ____________ as there is new information to be presented that was not considered by the previous judicial officer; or

☑ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:
Detention

Counsel for the defendant and plaintiff United States Government consulted on June 3, 2026
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☐ AUSA ☑ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation
on June 3, 2026 (at the hearing).

An interpreter is ☐ required ☑ not required. Language ____________
Defendant is ☑ in custody ☐ not in custody.

June 4, 2026
Date

Plaintiff United States of America
Moving Party

Name & Address:
JENA A. MACCABE (Cal. Bar No. 316637)
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-5046

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>MICHAEL ANGEL ALVAREZ, aka "Diablo," DEFENDANT. | CASE NUMBER<br>2:26-mj-03156-DUTY<br><br>**NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐ is approved. The matter is set on calendar for hearing before:

☐ District Judge ______________________________

☐ Magistrate Judge ______________________________

on ______________________ at __________ ☐ a.m. ☐ p.m.

in courtroom ______________________________.

☐ is not approved.

☐ Other: ______________________________

An interpreter is ☐ required ☐ is not required. Language ______________________
Defendant is ☐ in custody ☐ not in custody.

Clerk, U. S. District Court

| | | |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation ☐ Interpreter's Office ☐ PSA.