# EXHIBIT "A"

000111

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, Plaintiff, v. 01 MICHAEL ALVAREZ (1/16/1985) (Bk# 6569799) Defendant(s). | CASE NO. BA206127 FILED LOS ANGELES SUPERIOR COURT FEB 13 2001 JOHN A. CLARKE, CLERK, DEPUTY *INFORMATION* Arraignment Hearing Date: 02/13/2001 Department: CEN 100 |

INFORMATION
SUMMARY

| Ct. No. | Charge | Charge Range | Defendant | Special Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| 1 | PC 187(a) +25Y-Life, MSP* | LWOP/DEATH | ALVAREZ, MICHAEL | PC 12022.53(d) | |
| | | | | PC 186.22(b)(1) | +2-3-4-5-10 |
| | | | | WI 707(d)(2)(a) | Check Code |
| | | | | WI 707(d)(2)(b) | Check Code |

The District Attorney of the County of Los Angeles, by this Information alleges that:

COUNT 1

On or about August 17, 2000, in the County of Los Angeles, the crime of STREET GANG MURDER, in violation of PENAL CODE SECTION 187(a), a Felony, was committed by MICHAEL ALVAREZ, who did unlawfully and with malice aforethought, murder MAURICIO MASIS, a human being.

It is further alleged, pursuant to section 190.2(a)(22), that the defendant(s) intentionally killed MAURICIO MASIS while the defendant(s) was an active participant in a criminal street gang and the murder was carried out to further the activities of the criminal street gang.

It is further alleged that said defendant(s), MICHAEL ALVAREZ personally and intentionally discharged a firearm, a handgun, which proximately caused great bodily injury and death to MAURICIO MASIS within the meaning of Penal Code section 12022.53(d).

It is further alleged that said defendant(s), MICHAEL ALVAREZ personally and intentionally

discharged a firearm, a handgun, within the meaning of Penal Code section 12022.53(c).

It is further alleged that said defendant(s), MICHAEL ALVAREZ personally used a firearm, a handgun, within the meaning of Penal Code sections 12022.5(a)(1) and 12022.53(b).

It is further alleged pursuant to Penal Code section 186.22(b)(1) that the above offense was committed for the benefit of, at the direction of, and in association with a criminal street gang with the specific intent to promote, further and assist in criminal conduct by gang members.
"NOTICE: Conviction of this offense will require you to register pursuant to Penal Code Section 186.30(a). Willful failure to register is a crime."

It is further alleged, pursuant to subdivision (d)(2)(a) of section 707 of the Welfare and Institutions code, that the defendant was a minor who was at least 14 years of age at the time of the commission of the above offenses.

It is further alleged, pursuant to subdivision (d)(2)(b) of section 707 the Welfare and Institutions code, that the defendant was a minor who was at least 14 years of age at the time of the commission of the above offenses.

* * * * *

000113

THIS INFORMATION CONSISTS OF 1 COUNT(S).

STEVE COOLEY
DISTRICT ATTORNEY
County of Los Angeles,
State of California

BY: ______________________
HOON CHUN
DEPUTY DISTRICT ATTORNEY

Filed in Superior Court,
County of Los Angeles

/GA

DATED: ______________

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

000328 CR-292

# ABSTRACT OF JUDGMENT -- PRISON COMMITMENT--INDETERMINATE
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-292 ATTACHED]*

[X] SUPERIOR [ ] MUNICIPAL COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
BRANCH OR JUDICIAL DISTRICT: CENTRAL CRIMINAL

FILED
LOS ANGELES SUPERIOR COURT
FEB 26 2002
JOHN A. CLARKE, CLERK
BY ________ DEPUTY

PEOPLE OF THE STATE OF CALIFORNIA vs DEFENDANT: ALVAREZ, MICHAEL
DOB: 01/16/85
AKA:
CII#: A11886788
BOOKING #: 6866592
[ ] NOT PRESENT

BA206127 -A
-B
-C
-D

COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT [ ] AMENDED ABSTRACT

| | | |
|---|---|---|
| DATE OF HEARING: 02/22/02 | DEPT. NO.: 103 | JUDGE: CURTIS B RAPPE |
| CLERK: P RODRIGUEZ | REPORTER: C DUARTE | PROBATION NO. OR PROBATION OFFICER: X1808896 |
| COUNSEL FOR PEOPLE: H CHUN | | COUNSEL FOR DEFENDANT: F B BENNETT [ ] APPTD |

1. Defendant was convicted of the commission of the following felonies:
[ ] Additional counts are listed on attachment
_____ (number of pages attached)

| CNT | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | CONVICTED BY: JURY | COURT | PLEA | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187(A) * | MURDER 1ST | 2000 | 12/05/02 | X | | | | | |
| | | | | | / / | | | | | | |
| | | | | | / / | | | | | | |
| | | | | | / / | | | | | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.53(D) | 25 to life | | | | | | | 25 to life |
| 2 | 12022.5(A)(1) | S | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

3. ENHANCEMENTS charge and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Defendant was sentenced to State Prison for an INDETERMINATE TERM:
4. [ ] For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts ________.
5. [ ] For LIFE WITH POSSIBILITY OF PAROLE on counts ________.
6. [X] For 25 years to life, WITH POSSIBILITY OF PAROLE on counts 1.
PLUS enhancement time shown above.
7. [ ] Additional determinate term (see CR-290).
8. Defendant was sentenced pursuant to [ ] PC 667(b)-(i) or PC 1170.12 [ ] PC 667.61 [ ] PC 667.7 [ ] PC 667.9
[ ] other *(specify)*:

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for indeterminate sentences. Attachments may be used but must be referred to in this document.

(Continued on reverse)

000329

| PEOPLE OF THE STATE OF CALIFORNIA vs. DEFENDANT ALVAREZ, MICHAEL | | | |
|---|---|---|---|
| BA206127 -A | -B | -C | -D |

9. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):
   a. RESTITUTION FINE of $ 200.00 per PC 1202.4(b) forthwith per PC 2085.5.
   b. RESTITUTION FINE of $ 200.00 per PC 1202.45 suspended unless parole is revoked.
   c. RESTITUTION of $______ per PC 1202.4(f) to [ ] victims* [ ] Restitution Fund
      (*List victim name(s) if known and amount breakdown in item 7, below.)
      (1) [ ] Amount to be determined.
      (2) [ ] Interest rate of:______% (not to exceed 10% per PC 1204.4(f)(3)(F)).
   d. [ ] LAB FEE of: $______ for counts: ______ Per H&SC 11372.5(a).
   e. [ ] DRUG PROGRAM FEE of $150 per H&SC 11372.7(a)
   f. [ ] FINE of: $______ per PC 1202.5.

10. TESTING
   a. [ ] AIDS pursuant to [ ] PC 1202.1 [ ] other (specify):
   b. [ ] DNA pursuant to [ ] PC 290.2 [ ] other (specify):

11. Other orders (specify):

COURT RECOMMEND THE DEFENDANT BE HOUSED IN YOUTHFUL OFFENDER HOUSING WHILE SERVING HIS STATE PRISON SENTENCE.

12. Execution of sentence imposed
   a. [ X ] at initial sentencing hearing.
   b. [ ] at resentencing per decision on appeal.
   c. [ ] after revocation of probation.
   d. [ ] at resentencing per recall of commitment
   e. [ ] other (specify):

13. CREDIT FOR TIME SERVED

| CASE NUMBER | | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|---|
| BA206127 | -A | 555 | 555 | 0 | [ ] 4019 [ ] 2933.1 |
| | -B | | | | [ ] 4019 [ ] 2933.1 |
| | -C | | | | [ ] 4019 [ ] 2933.1 |
| | -D | | | | [ ] 4019 [ ] 2933.1 |

DATE SENTENCE PRONOUNCED: 02/20/02 — SERVED TIME IN STATE INSTITUTION: [ ] DMH [ ] CDC [ ] CRC

14. The defendant is remanded to the custody of the sheriff [ X ] forthwith [ ] after 48 hours excluding Saturdays, Sundays and holidays.

To be delivered to [ ] the reception center designated by the director of the California Department of Corrections.
[ X ] other (specify):

YOUTHFUL OFFENDER HOUSING

CLERK OF THE COURT

hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| D. HUNTER | FEBRUARY 26, 2002 |

.

A COPY OF THIS MINUTE ORDER IS SENT VIA UNITED STATES MAIL

TO THE DEFENDANT AT THE FOLLOWING ADDRESS:

.

MICHAEL ALVAREZ, BKG # 6450299

MEN'S CENTRAL JAIL/ TERMINAL ANNEX (2300)

P.O. BOX 86164

LOS ANGELES, CA 90086-0184

.

A COPY OF THE LETTER IS SENT VIA ELECTRONIC MAIL TO DEFENSE

COUNSEL.

---

INFORMATION FILED ON 02/13/01.

COUNT 01: 187(A) PC FEL

ON 08/04/23 AT 830 AM IN CENTRAL DISTRICT DEPT 103

CASE CALLED FOR POST SENTENCING

PARTIES: CURTIS B. RAPPE (JUDGE) JESSICA CABRERA (CLERK)
MARY LU MURPHY (REP) DAVID E. NARY (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY RUBA S BATNIJI ALTERNATE PUBLIC DEFENDER

DEFENSE COUNSEL FILED A MOTION PURSUANT TO PENAL CODE SECTION 1170(D)(1) ON 7/31/23.

.

THE PEOPLE ARE TO REPLY BY 9/29/23.

.

THE MATTER IS CONTINUED FOR FRANKLIN STATUS HEARING AND

1170(D)(1) STATUS HEARING TO THE DATE OF 9/29/23 IN DEPARTMENT 103 AT 8:30 A.M.

NEXT SCHEDULED EVENT:
09/29/23 830 AM POST SENTENCING DIST CENTRAL DISTRICT DEPT 103

---

INFORMATION FILED ON 02/13/01.

COUNT 01: 187(A) PC FEL

ON 09/29/23 AT 830 AM IN CENTRAL DISTRICT DEPT 103

CASE CALLED FOR POST SENTENCING

PARTIES: CURTIS B. RAPPE (JUDGE) JESSICA CABRERA (CLERK)
MARY LU MURPHY (REP) DAVID E. NARY (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY RUBA S BATNIJI ALTERNATE PUBLIC DEFENDER

PURSUANT TO THE STIPULATION OF COUNSEL, THE MATTER IS CONTINUED FOR FRANKLIN STATUS HEARING AND PENAL CODE SECTION 1170(D)(1) STATUS HEARING TO THE DATE OF 11/3/23 IN DEPARTMENT 103 AT 8:30 A.M.

.

THE SUBPOENEAD DOCUMENTS PREVIOUSLY RELEASED TO THE PEOPLE, ARE

RETURNED TO THE COURT FILE THIS DATE.

NEXT SCHEDULED EVENT:
11/03/23 830 AM FURTHER PROCEEDINGS DIST CENTRAL DISTRICT DEPT 103

ON 10/24/23 at 0830:

DEFENSE COUNSEL'S MOTION FOR APPOINTMENT OF EXPERT FILED THIS

DATE.

NEXT SCHEDULED EVENT:

MATTER PREV SET/REMAIN ON CLDR

---

INFORMATION FILED ON 02/13/01.

COUNT 01: 187(A) PC FEL

ON 11/03/23 AT 830 AM IN CENTRAL DISTRICT DEPT 103

CASE CALLED FOR FURTHER PROCEEDINGS

PARTIES: CURTIS B. RAPPE (JUDGE) REINA MORGAN (CLERK)
MARY LU MURPHY (REP) DAVID E. NARY (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY RUBA S BATNIJI ALTERNATE PUBLIC DEFENDER

BAIL SET AT NO BAIL

PURSUANT TO THE STIPULATION OF COUNSEL, THE MATTER IS CONTINUED FOR FRANKLIN STATUS HEARING AND PENAL CODE SECTION 1170(D)(1) STATUS HEARING TO 01/26/2024, AT 8:30 A.M., IN DEPARTMENT 103.

COURT ORDERS AND FINDINGS:

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

NEXT SCHEDULED EVENT:
01/26/24 830 AM FURTHER PROCEEDINGS DIST CENTRAL DISTRICT DEPT 103

CUSTODY STATUS: DEFENDANT REMANDED