GARY P. BURCHAM
BURCHAM & ZUGMAN
California State Bar No. 190780
402 West Broadway Suite 1130
San Diego, CA 92101
Telephone: (619) 699-5930
Email: garypburcham@gmail.com

Attorney for Michael Angel Alvarez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL ANGEL ALVAREZ,<br>Defendant. | Case No. 26-cr-0405-AH<br><br>APPLICATION FOR AN ORDER SEALING EXHIBIT "B" IN SUPPORT OF MOTION TO DISMISS INDICTMENT |

Defendant, Michael Alvarez, by and through his counsel of record, Gary P. Burcham, hereby applies for an order that Exhibit "B" in support of his motion to dismiss, which consists of juvenile court records, by filed under seal. This application is based on the attached declaration of Gary P. Burcham.

Respectfully submitted,

Dated: August 11, 2026

/s/ Gary P. Burcham
GARY P. BURCHAM
Attorney for Michael Alvarez

GARY P. BURCHAM
BURCHAM & ZUGMAN
California State Bar No. 190780
402 West Broadway Suite 1130
San Diego, CA 92101
Telephone: (619) 699-5930
Email: garypburcham@gmail.com

Attorney for Michael Angel Alvarez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL ANGEL ALVAREZ,<br>Defendant. | Case No. 26-cr-0405-AH<br><br>DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION TO SEAL JUVENILE RECORDS |

I, Gary P. Burcham, hereby state and declare as follows:

1. I am CJA counsel for defendant Michael Alvarez.
2. In support of a motion to dismiss the indictment in this case, I am submitting to this Court juvenile court records pertaining to defendant.
3. Due to the confidential nature of these juvenile court documents, I ask that these documents be filed under seal.
4. I have contacted the AUSA assigned to this case, Jena MacCabe, about her position as to this request, and I have not yet received a response.

//

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: August 11, 2026

/s/ Gary P. Burcham
GARY P. BURCHAM
Attorney for Michael Alvarez

**PROOF OF SERVICE**

I, Gary P. Burcham, declare that I am over eighteen (18) years of age; am a resident of the County of San Diego, State of California with a business address of 402 West Broadway, Suite 1130, San Diego, CA 92101; that I am a member of the bar of the State of California, and I served a copy of the attached:

Application for an Order Sealing Document; Declaration of Counsel

on the following individual **BY EMAIL**:

Jena MacCabe, Esq.
Assistant U.S. Attorney
312 North Spring Street, 13th Floor
Los Angeles, CA 90012
Email:Jena.MacCabe@usdoj.gov

This proof of service was executed in San Diego, CA on August 11, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Gary P. Burcham
GARY P. BURCHAM