GARY P. BURCHAM
BURCHAM & ZUGMAN
California State Bar No. 190780
402 West Broadway Suite 1130
San Diego, CA 92101
Telephone: (619) 699-5930
Email: garypburcham@gmail.com

Attorney for Michael Angel Alvarez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANGEL ALVAREZ,<br><br>Defendant. | ) | No. 2:26-cr-0405-AH<br><br>ORDER SEALING EXHIBIT "A" IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS [29] |

For good cause, IT IS HEREBY ORDERED that Defendant's Exhibit "B" to ECF 28, be filed under seal and shall not be disclosed to any other party without written order of this Court.

**IT IS SO ORDERED.**

DATED: August 13, 2026

HONORABLE ANNE HWANG
United States District Judge