GARY P. BURCHAM
BURCHAM & ZUGMAN
California State Bar No. 190780
402 West Broadway Suite 1130
San Diego, CA 92101
Telephone: (619) 699-5930
Email: garypburcham@gmail.com

Attorney for Michael Angel Alvarez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br>MICHAEL ANGEL ALVAREZ,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-cr-0405-AH<br><br>EX PARTE APPLICATION FOR FOR AN ORDER TEMPORARILY RELEASING DEFENDANT FROM CUSTODY SO THAT HE CAN ATTEND THE FUNERAL SERVICES FOR HIS GRANDMOTHER; DECLARATION OF COUNSEL. |

Defendant, Michael Alvarez, by and through his counsel of record, Gary P. Burcham, and for the reasons set forth in the attached declaration of counsel, hereby applies for an order granting his temporary release from custody on August 31, 2026, in order to attend the funeral services for his grandmother.

Respectfully submitted,

Dated: August 24, 2026

/s/ Gary P. Burcham
GARY P. BURCHAM
Attorney for Michael Alvarez

GARY P. BURCHAM
BURCHAM & ZUGMAN
California State Bar No. 190780
402 West Broadway Suite 1130
San Diego, CA 92101
Telephone: (619) 699-5930
Email: garypburcham@gmail.com

Attorney for Michael Angel Alvarez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANGEL ALVAREZ,<br><br>Defendant. | Case No. 26-cr-0405-AH<br><br>DECLARATION OF COUNSEL IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RELEASE OF DEFENDANT TO ATTEND FUNERAL SERVICES |

I, Gary P. Burcham, hereby state and declare as follows:

1. I am CJA counsel for defendant Michael Alvarez.

2. On August 19, 2026, Mr. Alvarez's sister called me and informed me that Mr. Alvarez's grandmother (Ms. Rogelia Chavez) passed away the prior night.

3. Mr. Alvarez and his sister were very close to their grandmother, as she was the person who raised them when they were young.

4. The funeral services for Ms. Chavez are set for August 31, 2026. The viewing is going to be from 11:00 a.m. to 1:30 p.m. at Funeraria Del Angel Anaheim, in Anaheim, CA. The Funeral service will be at 2:30 p.m. at Westminster Memorial Park & Mortuary, in Westminster, CA.

5. Mr. Alvarez very much wishes to attend the services for his grandmother.

6. Mr. Alvarez currently is in custody at the MDC-Los Angeles. He was granted a $10,000 bond by Magistrate Judge Pedro Castillo, but the government appealed that order and District Judge Percy Anderson subsequently ordered Mr. Alvarez detained for being a danger to the community. [ECF 20]. Mr. Alvarez has remained in custody since the date of his arrest.

7. On August 21, 2026, I contacted the U.S. Marshal's office via email regarding the possibility of having a deputy U.S. Marshal accompany Mr. Alvarez to the services. I have not yet received an answer from that office regarding this request.

8. Today, I spoke with Mr. Alvarez's cousin, Manuel Hernandez, about the possibility of him signing a $10,000 signature bond for Mr. Alvarez's temporary release. He said he is willing to do so.

9. I also discussed with Mr. Hernandez whether he was willing to pick up Mr. Alvarez and take him to the services, and then return him to the U.S. Marshal's office the same day. He said he is willing to do this.

10. I contacted AUSA Jena MacCabe about this application for temporary release. She stated that she opposed this request unless either the U.S. Marshal's Service, or U.S. Pretrial Services, will be responsible for him during his release.

11. For the above reasons, I request that this Court order Mr. Alvarez's temporary release on August 31, 2026, so that his cousin, Manuel Hernandez, can take him to and from his grandmother's funeral services.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: August 24, 2026

/s/ Gary P. Burcham
GARY P. BURCHAM
Attorney for Michael Alvarez

# PROOF OF SERVICE

I, Gary P. Burcham, declare that I am over eighteen (18) years of age; am a resident of the County of San Diego, State of California with a business address of 402 West Broadway, Suite 1130, San Diego, CA 92101; that I am a member of the bar of the State of California, and I served a copy of the attached:

Application for an Temporary Release of Defendant; Declaration of Counsel on the following individual **BY EMAIL**:

Jena MacCabe, Esq.
Assistant U.S. Attorney
312 North Spring Street, 13th Floor
Los Angeles, CA 90012
Email:Jena.MacCabe@usdoj.gov

This proof of service was executed in San Diego, CA on August 24, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Gary P. Burcham
GARY P. BURCHAM